U.S. Department of Justice
United States Attorney
Northern District of Georgia

# P L E A (With Counsel)

FILED IN OPEN COURT
U.S.D.C Atlanta

AUG 31 2009

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

CRIMINAL NO. 1:09-CR-370  JOF/JFK

I, WILLIAM FRASER DUNN, defendant, having received a copy of the within INDICTMENT, and having been arraigned plead Not Guilty thereto to count(s) one through four thereof.

In Open Court this 31st day of August, 2009.

_____
SIGNATURE (Attorney for Defendant)

_____
SIGNATURE (Defendant)
WILLIAM FRASER DUNN

INFORMATION BELOW MUST BE TYPED OR PRINTED

_____
NAME (Attorney for Defendant)

WILLIAM FRASER DUNN
NAME (Defendant)

_____
STREET

_____
STREET

_____
CITY & STATE    ZIP CODE

_____
CITY & STATE    ZIP CODE

PHONE NUMBER _____

PHONE NUMBER _____

STATE BAR OF GEORGIA NUMBER _____

Filed in Open Court

_____

By _____

Form No. USA-40-19-B
(Rev. 7/12/82)
N.D. Ga. 11/2/93