# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:09-cr-00370-JOF-JFK
## USA v. Dunn
## Honorable J. Owen Forrester

Minute Sheet for proceedings held In Open Court on 06/30/2010.

| | |
|---|---|
| TIME COURT COMMENCED: 11:44 A.M. | COURT REPORTER: Debra Jernigan |
| TIME COURT CONCLUDED: 11:52 A.M. | USPO: Vincent Collins |
| TIME IN COURT: 00:08 | DEPUTY CLERK: Pat Healy |

| | |
|---|---|
| DEFENDANT(S): | [1]William Fraser Dunn Present at proceedings |
| ATTORNEY(S) PRESENT: | Phyllis Clerk representing USA<br>Nathan Wade representing William Fraser Dunn |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Defendant did not receive copy of PreSentence Report and alleged inadequate defense; sentencing hearing continued; defendant advised the court that he has received verbal consent of representation by another attorney; defendant DIRECTED to advise court as to new counsel no later than July 12, 2010; USPO Vincent Collins requested to amend PSR; transcript shall serve as official record of proceeding. |