IN THE UNITED TSATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> vs. <br><br> WILLIAM FRASER DUNN <br> Defendant | CRIMINAL CASE NO.: <br> 1:09-CR-00370-JOF |

## MOTION TO WITHDRAW

**COMES NATHAN J. WADE,** Defendant's counsel of record, after having giving proper notification, as evidenced by his signature below and accompanying copy of notice in accordance with the requirements as set forth in LCrR 57.1(D)(2) of this Court and shows this Court the following:

A) That Defendant has been notified pursuant to LCrR 57.1(D)(2) that Nathan J. Wade and the Law Offices of Nathan J. Wade seek to withdraw as his counsel of record.

B) That Defendant has been given ten (10) days prior notice of Nathan J. Wade and the Law Offices of Nathan J. Wade's intent to seek permission from the Court to withdraw as his counsel of record in the above-styled matter via verbal communication to client in open court on June 30, 2010.

C) Counsel's withdrawal will not cause a delay of the trial of the case.

D) Counsel has not been noticed of a trial date for Defendant in the above-styled action as of the date of the filing of this motion.

E) That service upon the Defendant and opposing counsel shall be made upon filing of the motion with the clerk.

Respectfully submitted,
**LAW OFFICES OF NATHAN J. WADE**

_____
Nathan J. Wade
Georgia Bar No.: 390947
ATTORNEY FOR DEFENDANT

IN THE UNITED TSATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br><br>WILLIAM FRASER DUNN<br>Defendant | CRIMINAL CASE NO.:<br>1:09-CR-00370-JOF |

## ORDER

Counsel for Defendant, Nathan J. Wade and the Law Offices of Nathan J. Wade, shall be and hereby are permitted to withdraw as counsel of record for said Defendant.

**SO ORDERED**, this _____ day of _____, 2010.

_____
The Honorable Janet King
United States Magistrate Judge

### IN THE UNITED TSATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br><br>WILLIAM FRASER DUNN<br>Defendant | CRIMINAL CASE NO.:<br>1:09-CR-00370-JOF |

#### CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that I have served a copy of the foregoing **Motion for Withdrawal**, upon Assigned Assistant United States Attorney, via U.S. Regular Mail to the following addresses:

Phyllis Clerk, Esq.
Office of United States Attorney (NDGA)
600 U.S. Courthouse (Richard B. Russell Building)
75 Spring Street, S.W.
Atlanta, Georgia 30303-3315

This 23rd day of July, 2010.

Respectfully submitted,
**LAW OFFICES OF NATHAN J. WADE**

_____
Nathan J. Wade
Georgia Bar No.: 390947
Attorney for Defendant